**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Alexandria Denise Graham,** | ) | **Case No.: 4:24-cv-03034-JD** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Santander Consumer USA, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Alexandria Denise Graham, jointly with the Defendant, Santander Consumer USA, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), who hereby stipulate that the above-captioned civil action has been resolved and is due to be dismissed in its entirety with prejudice, each party to bear its own costs.

Respectfully submitted on this 24th day of February, 2025.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed ID No. 10323
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
Phc917@hayscauley.com
*Attorney for Plaintiff*

/s/ *George G. Robertson*
George G. Robertson, Fed ID No. 102133
HOLLAND. & KNIGHT, LLP
811 Main Street, Suite 2500
Houston, TX 77002
(713) 821-7000
George.robertson@hklaw.com
*Attorney for Defendant*

1